IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAN EDUARDO GUEVARA-COTO, #35716510 | § § § § | |
| | § | CIVIL CASE NO. 4:24-CV-1113-SDJ |
| VS. | § § § | |
| FANNIN COUNTY SHERIFF, CODY SHOOK | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2025, the Report of the Magistrate Judge (Dkt. #14) was entered containing proposed findings of fact and recommendations that this habeas petition filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice for failure to exhaust remedies available in his pending criminal action.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this habeas petition filed pursuant to 28 U.S.C. § 2241 is **DISMSISED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 14th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE